# Court of Appeals
# of the State of Georgia

ATLANTA,   September 26, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0169.   CRYSTAL CLEAR LUXURY POOLS, INC. v. AQUATIC DESIGNS AND SERVICES, LLC.**

Crystal Clear Luxury Pools, Inc. filed this direct appeal from the superior court's order disbursing funds in a garnishment action.  Appeals in cases involving garnishment must be initiated by filing a discretionary application with this Court.  OCGA § 5-6-35 (a) (4) and (b); *Maloy v. Ewing*, 226 Ga. App. 490 (486 SE2d 708) (1997).  Because the appellant failed to file an application for discretionary appeal, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/26/2014



*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*